UNITED STATES of America,
Plaintiff-Appellee

v.

Javier GARCIA-ROMAN,
Defendant-Appellant

No. 16-50295
Summary Calendar

United States Court of Appeals,
Fifth Circuit.

Filed January 10, 2017

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff-Appellee

Javier Garcia-Roman, Pro Se

Before JONES, WIENER, and CLEMENT, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Javier Garcia-Roman has moved for leave to withdraw and has filed

---

a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Garcia-Roman has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Garcia-Roman's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.